# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ANTONIO JEREMAIN WALLACE, )
)
    Petitioner, )
)
v. ) Case No. 2:17-cv-0107-ACA-TMP
)
JOHN CROWE, Warden; and the )
ATTORNEY GENERAL OF THE )
STATE OF ALABAMA, )
)
    Respondents.

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on August 22, 2018, recommending dismissal of the petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief as procedurally defaulted and meritless. (Doc.14). Although the petitioner was advised of his right to submit specific written objections within fourteen days, he has failed to respond to the report and recommendation.

Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS the recommendation. The petitioner's claim for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in this action is due to be **DENIED** and **DISMISSED WITH PREJUDICE**.

A Final Judgment will be entered.

**DONE** and **ORDERED** this September 17, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE